IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Derek Marshall, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>Communications Test Design, Inc.<br><br>Defendant. | Civ. No. 2:17-cv-04383-MMB |

## NOTICE OF SETTLEMENT

Plaintiff Derek Marshall ("Plaintiff" or "Marshall") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. On October 2, 2017, Plaintiff filed the instant case alleging violations of the Fair Credit Reporting Act. (*See* Dkt. 1.)

2. Plaintiff and Defendant Communications Test Design, Inc. ("Defendant' or "CTDI") have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. Plaintiff's Complaint will be dismissed with prejudice.

3. The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed within thirty (30) days.

 

                                          **DEREK MARSHALL**, individually and on behalf of all others similarly situated,

December 12, 2017                      By: /s/
                                              One of Plaintiff's Attorneys

                                              Sean Litz
                                              ROYER COOPER COHEN BRAUNFELD LLC

101 W. Elm Street, Suite 220
Conshohocken, PA 19428
484-362-2631
Email: slitz@rccblaw.com

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, Colorado 80210
(720) 213-0675

*pro hac vice admission to be sought