IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK MARSHALL, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>COMMUNICATIONS TEST DESIGN, INC., a Pennsylvania Corporation<br><br>Defendant | CIVIL ACTION<br><br>NO. 2:17-cv-04383 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Derek Marshall and defendant Communications Test Design, Inc., by their undersigned counsel who are duly authorized to enter into this Stipulation, having reached an agreement to resolve all outstanding issues between them, hereby stipulate and agree to the entry of an Order dismissing plaintiff's Complaint against defendant, with prejudice. Each party shall bear its own attorneys' fees and costs.

_____
Barry L. Cohen, Esquire
bcohen@rccblaw.com
Sean S. Litz, Esquire
slitz@rccblaw.com
101 West Elm Street, Suite 400
Conshohocken, PA 19428
T: (484) 362-2628; F: (484) 262-2630

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC

_____
Christopher J. Moran, Esquire (PA 68142)
Lee E. Tankle, Esquire (PA 315783)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
215.981.4000

*Attorneys for Communications Test Design, Inc.*

3900 East Mexico Ave.
Suite 300
Denver, Colorado 80210

*Counsel for Plaintiff Derek Marshall, individually, and on behalf of all others similarly situated, and the Putative Class*

*pro hac vice* admission to be filed

Dated: January 19, 2018                    Dated: January 16, 2018

APPROVED BY:

_____            1/22/18
Michael M. Baylson                         _____
Senior United States District Judge        Date

Doc ID: 7c955db1ca507553404cce78153829566df7bd13